CREASE, TREASURER, vs. DANLEY, COLLECTOR.

*Appeal from Pulaski Circuit Court.*

S. H. HEMPSTEAD, Special Judge.

The question involved in this case, having been determined by the case of *Pike vs. Danley,* decided at the present term, on the authority of *Woodruff vs. Trapnall,* (10 *How.* 203,) this judgment must be affirmed.